# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **ROBERTO LAINEZ,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:16-cv-00330-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| **FRANK L. PERRY, et al.,** | ) | |
| | ) | |
| | ) | |
| Respondents. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 10, 2017 Order.

July 10, 2017

*[signature]*

Frank G. Johns, Clerk
United States District Court